# EXHIBIT "A"

**Maryari Barreiro x5324**

**From:** Carlos Leach x5091
**Sent:** Monday, August 14, 2017 12:33 PM
**To:** Risma Saragih x5051
**Subject:** FW: 3020272 Christian, Tyler vs. Tower Comm, LLC:

Plz do

**From:** Carlos Leach x5091
**Sent:** Monday, August 14, 2017 12:33 PM
**To:** 'Jonathan L. Crook'; 'ralphfrasier@frasierandgriffin.com'
**Cc:** Christopher Page
**Subject:** RE: 3020272 Christian, Tyler vs. Tower Comm, LLC:

Sure.

**From:** Jonathan L. Crook [mailto:Jonathan.Crook@youngmoorelaw.com]
**Sent:** Monday, August 14, 2017 12:22 PM
**To:** Carlos Leach x5091; 'ralphfrasier@frasierandgriffin.com'
**Cc:** Christopher Page
**Subject:** RE: 3020272 Christian, Tyler vs. Tower Comm, LLC:

Carlos,

TowerComm accepts Mr. Christian's offer of $5,500, to be paid by August 25. Would you mind circulating an agreement?

Thanks,

Jonathan

**Young Moore**
YOUNG MOORE AND HENDERSON, P.A.

**Jonathan L. Crook**
Attorney
Young Moore and Henderson, PA
PO Box 31627
Raleigh, NC 27622
919-782-6860
Fax: 919-782-6753
Direct Dial: 919-861-5091

----------
This email, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me immediately and permanently delete the original and any copy of any e-mail and discard any printout thereof.

1