IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-223-D

| | |
|---|---|
| TYLER CHRISTIAN, individually and on behalf of others similarly situated, )<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>TOWERCOMM, LLC, )<br>)<br>Defendant. ) | **ORDER** |

On December 12, 2017, plaintiff moved to enforce a settlement agreement [D.E. 22]. Defendant did not respond.

On August 14, 2017, the parties reached a valid settlement agreement. See [D.E. 22-1–22-3]. Defendant failed to make the agreed payment by August 25, 2017. See [D.E. 22-4–22-6]. Thus, the court GRANTS plaintiff's motion to enforce the settlement agreement [D.E. 22].

SO ORDERED. This 12 day of January 2018.

JAMES C. DEVER III
Chief United Stated District Judge