UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-cv-223-D

| | |
|---|---|
| **TYLER CHRISTIAN, individually and on behalf of others similarly situated,** ) ) ) | |
| Plaintiff, ) ) | **ORDER AND JUDGMENT** |
| v. ) ) ) | |
| **TOWERCOMM, LLC,** ) ) | |
| Defendant. ) | |

This matter came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

1. Judgment is entered for Plaintiff and against Defendant in the total amount of $5,500.00 ($750.00 unpaid overtime wages, $750.00 liquidated damages and $4,000.00 representing fees and costs).

2. It is further ORDERED that the Clerk shall close the file once judgment has been entered as noted above.

SO ORDERED. This **15** day of April 2018.

JAMES C. DEVER III
Chief United States District Judge